IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT, et. al., | § § § | |
| Plaintiffs, | § § | Civil Action No. C-06-535 |
| v. | § § | |
| BRANDY SANDLER, | § § | |
| Defendant. | § | |

## ORDER

On January 23, 2007, the Court conducted a scheduled initial pretrial and scheduling conference in the above-styled action. At that conference, Plaintiffs informed the Court that the Defendant has not been served. Accordingly, the Court has rescheduled the initial pretrial and scheduling conference to February 9, 2007, at 1:15 p.m.

Plaintiffs are hereby ORDERED to effectuate service on the Defendant prior to the re-scheduled initial pretrial and scheduling conference on February 9, 2007.

Further, Plaintiffs shall serve a copy of this Order on the Defendant.

SIGNED and ENTERED this 23rd day of January, 2007.

_____
Janis Graham Jack
United States District Judge