```
         IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF TEXAS
                CORPUS CHRISTI DIVISION
```

|  |  |  |
|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT, et. al., | § § § § § § | |
| Plaintiffs, | § § | Civil Action No. C-06-535 |
| v. | § § | |
| BRANDY SANDLER, | § § § § | |
| Defendant. | § § § | |

**<u>ORDER</u>**

On February 9, 2007, the Court conducted a scheduled initial pretrial and scheduling conference in the above-styled action. At that conference, Plaintiffs informed the Court that the Defendant Brandy Sadler had not been personally served.[1] Accordingly, the Court has rescheduled the initial pretrial and scheduling conference to March 9, 2007, at 1:15 p.m.

Plaintiffs are hereby ORDERED to effectuate personal service on the Defendant prior to the re-scheduled initial pretrial and scheduling conference on March 9, 2007.

Further, Plaintiffs shall serve a copy of this Order on the

---

[1] Plaintiffs informed the Court that on February 8, 2007, Plaintiffs personally served an individual who purported to be the Defendant's step-father.

Defendant.

SIGNED and ENTERED this 9th day of February, 2007.

_____
Janis Graham Jack
United States District Judge