```
             IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF TEXAS
                    CORPUS CHRISTI DIVISION
```

| | | |
|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT, et al., | § § § § § | |
| Plaintiffs, | § § | Civil Action No. C-06-535 |
| v. | § § | |
| BRANDY SANDLER, | § § § | |
| Defendant. | § § § | |

## ORDER

On March 6, 2007, the Court conducted the third scheduled initial pretrial and scheduling conference in the above-styled action. At the March 6, 2007 conference, Plaintiffs informed the Court that the Defendant Brandy Sadler still had not been personally served.

The Court has rescheduled the initial pretrial and scheduling conference in this case to April 19, 2007, at 1:15 p.m. This may be the final initial pretrial and scheduling conference in the above-styled action. Plaintiffs are hereby ORDERED to effectuate personal service on the Defendant prior to the re-scheduled initial pretrial and scheduling conference on April 19, 2007. Further, Plaintiffs shall serve a copy of this Order on the Defendant.

If Plaintiffs have not successfully personally served the Defendant Brandy Sadler by the April 19, 2007 conference, this case

may be DISMISSED.

SIGNED and ENTERED this 6th day of March, 2007.

_____
Janis Graham Jack
United States District Judge