IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT, et. al., | § § § | |
| Plaintiffs, | § § | Civil Action No. C-06-535 |
| v. | § § | |
| BRANDY SANDLER, | § § | |
| Defendant. | § | |

### ORDER OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i) and Plaintiffs' Notice of Dismissal (D.E. 14), the above-styled action is hereby DISMISSED without prejudice, each party to bear its own costs and fees.

SIGNED and ENTERED this 2nd day of April, 2007.

_____
Janis Graham Jack
United States District Judge