```
        IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF TEXAS
                CORPUS CHRISTI DIVISION
```

| | | |
|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT, et al., | § | |
| Plaintiffs, | § | Civil Action No. C-06-535 |
| v. | § | |
| BRANDY SANDLER, | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Pursuant to this Court's Order of Dismissal in the above-styled action, the Court hereby enters final judgment DISMISSING this action without prejudice.

SIGNED and ENTERED this 2nd day of April, 2007.

_____
Janis Graham Jack
United States District Judge